UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIMBERLY EVERSON,<br>Personal Representative for the<br>Estate of Jamesel Robinson,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>MEDLANTIC HEALTHCARE GROUP,<br><br>　　　Defendant. | Civil Action No.  00-226 (JMF) |

ORDER

This case is before me, upon consent of the parties, for all purposes including trial. Currently pending for resolution is Defendant's Motion for Summary Judgment [#40].  I have reviewed defendant's motion, plaintiff's opposition, and defendant's reply, but am not prepared to issue ruling without receiving argument on the following issue:  whether plaintiff has alleged that Jamesel Robinson suffered from an adverse employment action. See e.g., Forkkio v. Powell, 306 F.3d 1127 (D.C. Cir. 2002); Russell v. Principi, 257 F.3d 815 (D.C. Cir. 2001); Brown v. Brody, 199 F.3d 446 (D.C. Cir. 1999); Childers v. Slater, 44 F.Supp.2d 8 (D.D.C. 1999).

Accordingly, the parties are, hereby, **ORDERED** to appear on Thursday, February 9, 2006 at 9:30 a.m., in a courtroom to be determined, to present oral argument on why or why not the following allegations, as asserted in plaintiff's Amended Complaint, constitute adverse employment actions:

> Robinson's January 15, 1998 reprimand and resulting discipline

| |
|---|
| Susan Manselle's accusation that Robinson was rude to a doctor's secretary and than lied about it |
| Kurt Thorne's June 12, 1998 comment about Robinson's age |
| Robinson's June 22, 1998 reprimand and resulting discipline |
| Thorne's refusal to allow Robinson to attend educational training and computer courses |
| The attendance of two employees at Robinson's annual performance evaluation |
| Robinson's November 24, 1998 reprimand and resulting discipline |
| Jeff Joyner's refusal to let Robinson sell pizza coupons |
| Manselle's raising her voice at Robinson about holding up patients and wearing proper insignia |
| The Hospital's delay in repairing the air conditioning unit in Robinson's office in the Summer of 1999. |

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: