UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KIMBERLY EVERSON,**<br>**Personal Representative for the**<br>**Estate of Jamesel Robinson,**<br><br>　　　**Plaintiff,**<br><br>　　　v.<br><br>**MEDLANTIC HEALTHCARE GROUP,**<br><br>　　　**Defendant.** | Civil Action No.  00-226 (JMF) |

**ORDER**

In accordance with the accompanying Memorandum Opinion it is, hereby, **ORDERED** that <u>Defendants' Motion for Summary Judgment</u> [#40] is **GRANTED**.

　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JOHN M. FACCIOLA
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Dated: